IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MARTIN WALKER | * | Case No. 14-18104 |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST c/o SERVIS ONE, INC. dba BSI FINANICAL SERVICES, INC. its attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1)   U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST c/o SERVIS ONE, INC. dba BSI FINANICAL SERVICES, INC agrees that the Debtors have paid the full amount to cure the default on Creditor's claim.

2)   U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST c/o SERVIS ONE, INC. dba BSI FINANICAL SERVICES, INC DISAGREES that Debtor is current with respect to all payments consistent with §1322 (b) (5). The Borrower is contractedly due for 6/1/2018 and is in active Loss Mitigation.

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: bankruptcyecf@cgd-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of September 2019 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:

Martin Walker
1619 Melby Court
Parkville, MD 21234

AND BY ELECTRONIC FILING NOTIFICATION CM/ECF:

Joseph K. Githuku, Esquire
401 Washington Ave, Suite 200
Towson, MD 21204
JGITHUKU@gmail.com

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
ECF@ch13balt.com

/s/ Richard J. Rogers
Richard J. Rogers